IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CARLOS ROBINSON PICHARDO-ESCOTO | ) ) ) | CIVIL ACTION NUMBER M-16-25 |
| VS. | ) ) | |
| UNITED STATES OF AMERICA | ) ) | CRIMINAL NUMBER M-13-1832-1 |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant Carlos Robinson Pichardo-Escoto's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 12 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

DONE on this 29th day of April, 2017, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE